B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                                           Bankruptcy No. 18-10851 AMC
    Flora J. Reading aka
    Flora J. Tate
        Debtor

    Flora J. Reading aka
    Flora J. Tate
        Plaintiff                                             Adversary No. 18-00108

    Select Portfolio
        Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due June 13, 2018.

    Address of Clerk                    U.S. Bankruptcy Court
                                      Robert N.C. Nix Building
                                      900 Market Street, Suite 400
                                      Philadelphia  PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney            Brad J. Sadek, Esq.
                                                            1315 Walnut Street
                                                            Suite 502
                                                            Philadelphia, PA  19107

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                FOR THE COURT

                                                                TIMOTHY B. MCGRATH
                                                                CLERK



DATE   May 14, 2018

                                                                By: s/ Yvette Woods
                                                                Deputy Clerk

Bankruptcy No. 18-10851 AMC    Adversary No. 18-00108

CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Date                                Signature

Print Name         _____

Business Address   _____

City, State, Zip   _____